UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| ELDER DEFORRORRORA LOCUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 4:15-CV-61-FL |
| ABC BOARD; BILL JOHNSON, in His | ) | |
| Official Capacity as Director of Public | ) | |
| City of Kinston Public Safety; and CITY | ) | |
| OF KINSTON PUBLIC SAFETY, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions to dismiss for failure to state a claim upon which relief can be granted, made pursuant to Federal Rule of Civil Procedure 12(b)(6), filed by each defendant.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 12, 2015, and for the reasons set forth more specifically therein, that the defendants' motions to dismiss are granted. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 12, 2015, and Copies To:**

Elder Deforrorrora Locust (via U.S. Mail) PO Box 3622, Kinston, NC 28501
Scott C. Hart (via CM/ECF Notice of Electronic Filing)
James P. Cauley, III  (via CM/ECF Notice of Electronic Filing)
Timothy Patrick Carraway  (via CM/ECF Notice of Electronic Filing)

August 12, 2015                    JULIE RICHARDS JOHNSTON, CLERK
                                    /s/ Christa N. Baker
                                   (By) Christa N. Baker, Deputy Clerk